

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 5, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  CHAPTER 13 PROCEEDING
  GRACIE L WILSON  24-51756 KMS
  5 Walls Creek Rd. Apt 9
  Hattiesburg, MS  39401  SSN:  XXX-XX-5780

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  CORNER FUEL CENTER
  3984 US HWY 49 S
  ATTN:  PAYROLL DEPT
  HATTIESBURG, MS  39401

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net