# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Gracie L Wilson, Debtor                              Case No. 24-51756-KMS
                                                                                    CHAPTER 13

## MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, the Debtor, Gracie L. Wilson, by and through undersigned counsel, and files this Motion to Approve Settlement, Compensate Special Counsel, and Authorize Distribution of Proceeds, and in support thereof shows unto the Court the following:

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.   That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

## SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3.   On or about January 22, 2025, Debtor filed an Application to Employ Morgan & Morgan as Special Counsel to prosecute her personal-injury claim. (Dkt. 19). The Court approved the employment by Order entered February 19, 2025. (Dkt. 25) that Debtor and Special Counsel agreed to a contingency fee not to exceed 50% plus expenses.

4.   The personal injury claim is now settled in the gross amount of $100,000.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

   a.   Attorney's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $40,000.00

   b.   Expenses $1,628.78 as itemized in the cost ledger attached as Exhibit A.

5.   Debtor received medical treatment covered by TRICARE as a result of the accident giving rise to her personal-injury claim. TRICARE issued a lien notice dated July 7,

2025, asserting a claim in the amount of $5,611.16, supported by the attached multi-page TRICARE Payment Log. TRICARE has indicated that this figure may not represent the final lien amount due to pending processing delays. Because the final, accurate payoff cannot yet be determined, Debtor requests authority for Special Counsel to obtain an updated payoff directly from TRICARE at the time of distribution, to satisfy the TRICARE lien in the correct amount, and to reduce the turnover to the Chapter 13 Trustee by the precise amount required to satisfy the final TRICARE claim. This will ensure proper satisfaction of the federal lien while avoiding later corrective filings or refunds

6. Prior to the bankruptcy filing, Debtor borrowed funds from ClaimAngel against the anticipated settlement proceeds. ClaimAngel issued a payoff letter dated November 18, 2025, reflecting a payoff of $6,277.08 if paid on or before April 11, 2026, and $5,993.54 if paid earlier. Because the payoff varies depending on the disbursement date, Debtor requests that Special Counsel be authorized to obtain an updated payoff from ClaimAngel, satisfy that lien directly from the settlement proceeds, and reduce the remainder remitted to the Trustee in an amount consistent with the actual lien payoff

7. After paying attorney's fees, expenses, the TRICARE lien, and the ClaimAngel lien, the remaining settlement proceeds shall be turned over to the Chapter 13 Trustee for distribution under the confirmed Chapter 13 plan, including payment of any remaining attorney's fees owed to Debtor's bankruptcy counsel and distribution to unsecured creditors.

WHEREFORE, Debtor respectfully requests that this Court:

1. Approve the Settlement of 100,000,000;
2. Approve Special Counsel's attorney's fees and reimbursement of costs;

3. Authorize Special Counsel to obtain updated payoff amounts from TRICARE and ClaimAngel, to satisfy those liens directly from the settlement proceeds, and to reduce the amount tendered to the Trustee accordingly;

4. Authorize Special Counsel to remit the remaining proceeds to the Chapter 13 Trustee for distribution pursuant to the Chapter 13 plan; and

5. Grant such other relief as may be appropriate.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on December 17, 2025 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

24-51756-KMS *S INBOUND NOTIFICATION : RECEIVE SUCCESSFUL* Dkt 30 Filed 12/17/25 Entered 12/17/25 17:29:36 Page 4 of 10

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
| --- | --- | --- | --- | --- |
| July 7, 2025 at 10:29:06 AM EDT | 12102950947 | 186 | 5 | Received |

12102950947     2372_Xerox_Room_L15                    09:25:58 a.m.   07-07-2025         1 /5

# Facsimile Cover Sheet

**To:** JESSICA SAYLES
**Company:** MORGAN & MORGAN, LLC
**Phone:** ◼◼◼◼◼◼◼◼◼◼

**From:** CATHY BRENNAN
**Company:** DHA OGC Claims Branch - Region 5
**Phone:** ◼◼◼◼◼◼◼◼◼◼ .

**Date:** July 7, 2025
**Pages including this cover page:** 5

**RE:**
Injured – GRACIE WILSON
Date of Loss – September 21, 2022

**DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.**



# DEFENSE HEALTH AGENCY
### OFFICE OF GENERAL COUNSEL / CLAIMS BRANCH
### MEDICAL COST REIMBURSEMENT PROGRAM

July 7, 2025

**VIA FACSIMILE:** ▓▓▓▓▓

MEMORANDUM FOR MORGAN & MORGAN, LLC
       ATTN: JESSICA SAYLES, LITIGATION PARALEGAL/JOHN WAITS, ESQUIRE

FROM: DHA OGC Claims Branch – Region 5
▓▓▓▓▓▓▓▓▓▓

SUBJECT: Notice of Claim – **GRACIE WILSON**

1. The United States is entitled to recover and does hereby make claim for the reasonable value of medical care provided to your client, Gracie Wilson, due to an accident/incident resulting in your firm representing her against a third party. The following information is provided:

    DHA Claim Number ▓▓▓▓▓▓
    Your Client: GRACIE WILSON
    Date of Incident: September 21, 2022
    **Amount Claimed: $5,611.16 (TRICARE)**

2. Under the Federal Medical Care Recovery Act (FMCRA) (42 U.S.C. 2651-2653), the United States has the right to recover from any liable third party the reasonable value of medical care furnished or to be furnished. Although the United States is entitled to proceed separately and directly against a third-party tort-feasor, it can be mutually beneficial for the United States to assert its claim through the injured party's attorney. This procedure permits you to retain control of settlement negotiations and litigation, except that you may not settle the claim of the United States for less than the full amount without the express approval of this office. Also, the Defense Health Agency will cooperate with you in obtaining essential Government medical records and other reasonable available material, at no cost to you or your client. While we are happy to assist you, 5 U.S.C. 3106 <u>prohibits</u> the payment of counsel fees by the United States. The attached TRICARE Payment Log reflects the total amount paid by the U.S. Government on behalf of the injured party.

3. Payment in the amount of **$5,611.16** should be made by check, draft or postal money order payable to "**DHA OGC Claims**" and should be sent directly to our new address:

    **DHA OGC Claims Branch – Region 5**
    ▓▓▓▓▓▓▓▓▓▓

4. If you have any questions or concerns, please contact me at ▓▓▓▓▓▓ or via e-mail at ▓▓▓▓▓▓▓▓▓▓▓. Our fax number ▓▓▓▓▓▓.

                           *C. Brennan*
                           CATHY BRENNAN
                           Paralegal, DAFC

Attachment:
TRICARE Payment Log



# TRICARE Payment Log
for
*Gracie L Wilson*



**Date of Injury:  September 21, 2022**

*Tax ID*

| DATE OF SVC | PROVIDER | ICD | ICD DESCRIPTION | PROC CODE | PROCEDURE CODE DESCRIPTION | BILLED | ALLOWED | COPAY | TRICARE PAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER : XXXXXXXXXX | | | | | | | | | |
| 9/23/2022 | MOORE,DOROTHY,D,NP | M47816 | SPOND WO MYEL/RADICULOP, | 99204 | OFFICE/OUTPATIENT VISIT, NEW | $245.00 | $132.24 | $32.00 | $100.24 |
| CLAIM NUMBER : XXXXXXXXXX | | | | | | | | | |
| 9/26/2022 | HUDSON,CLEVELAND | M47812 | SPONDYL WO MYEL/RADICULO | 72040 | X-RAY EXAM OF NECK SPINE | $112.00 | $35.47 | $0.00 | $35.47 |
| CLAIM NUMBER : | | | | | | | | | |
| 10/4/2022 | HARLESS,STEPHEN,L,MD | M542 | CERVICALGIA | 99213 | OFFICE/OUTPATIENT VISIT, EST | $135.00 | $84.02 | $32.00 | $52.02 |
| CLAIM NUMBER : XXXXXXXXXX | | | | | | | | | |
| 10/14/2022 | HUDSON,CLEVELAND,A,MD | M5021 | OTH CERV DISC DISPLACE,H | 72141 | MRI NECK SPINE W/O DYE | $1,779.00 | $182.04 | $0.00 | $182.04 |
| CLAIM NUMBER : | | | | | | | | | |
| 10/31/2022 | JOHNS DISCOUNT DRUGS INC | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $225.10 | $20.16 | $14.00 | $6.16 |
| CLAIM NUMBER : | | | | | | | | | |
| 11/3/2022 | MOORE,DOROTHY,D,NP | M5030 | OTH CERV DISC DEGEN, UNS | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $101.20 | $32.00 | $69.20 |
| CLAIM NUMBER : | | | | | | | | | |
| 1/23/2023 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,118.00 | $112.88 | $0.00 | $112.88 |
| | | | | 99152 | NEWBORN RESUSCITATION | | | | |
| CLAIM NUMBER : XXXXXXXXXX | | | | | | | | | |
| 1/23/2023 | HATTIESBURG CL AMBULATORY SURG | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,916.00 | $389.00 | $71.61 | $286.44 |
| CLAIM NUMBER : 2023166MS993945 | | | | | | | | | |
| 6/12/2023 | RAYBURN,JONATHAN,H,MD | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $3,230.00 | $371.08 | $0.00 | $371.08 |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| CLAIM NUMBER : XXXXXXXXXX | | | | | | | | | |
| 6/12/2023 | HATTIESBURG CL AMBULATORY SURG | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $1,948.00 | $583.50 | $116.70 | $466.80 |
| | | | | 64490 | Inj paravert f jnt c/t 1 lev | | | | |

| DATE OF SVC | PROVIDER | ICD | ICD DESCRIPTION | PROC CODE | PROCEDURE CODE DESCRIPTION | BILLED | ALLOWED | COPAY | TRICARE PAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 7/24/2023 | RAYBURN,JONATHAN,H,MD | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $3,230.00 | $371.08 | $0.00 | $371.08 |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 7/24/2023 | HATTIESBURG CL AMBULATORY SURG | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $1,948.00 | $583.50 | $116.70 | $466.80 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 8/7/2023 | RAYBURN,JONATHAN,H,MD | M47812 | SPONDYL WO MYEL/RADICULO | 64633 | Destroy cerv/thor facet jnt | $6,724.00 | $530.37 | $0.00 | $530.37 |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 99152 | NEWBORN RESUSCITATION | | | | |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 8/7/2023 | HATTIESBURG CL AMBULATORY SURG | M47812 | SPONDYL WO MYEL/RADICULO | 64633 | Destroy cerv/thor facet jnt | $7,824.00 | $583.50 | $116.70 | $466.80 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 10/4/2023 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $118.13 | $49.00 | $69.13 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 10/13/2023 | HATTIESBURG CL AMBULATORY SURG | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,916.00 | $283.90 | $56.78 | $227.12 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 10/13/2023 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,118.00 | $111.45 | $34.00 | $77.45 |
| | | | | 99152 | NEWBORN RESUSCITATION | | | | |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 11/15/2023 | RUNNELS,BRIDGETTE,E,FNP | M5010 | CERV DISC,RADICULOP, UNS | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $100.41 | $34.00 | $66.41 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 1/21/2024 | EXPRESS SCRIPTS | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $616.84 | $616.84 | $13.00 | $603.84 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 1/21/2024 | EXPRESS SCRIPTS | R6889 | GABAPENTIN 300 MG CAPSULE | 98800 | PRESCRIPTION DRUGS | $14.68 | $14.68 | $13.00 | $1.68 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 3/27/2024 | RUNNELS,BRIDGETTE,E,FNP | M5136 | OTH INTERVER DISC DEGEN, | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $100.41 | $36.00 | $64.41 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 5/19/2024 | EXPRESS SCRIPTS | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $49.97 | $49.97 | $13.00 | $36.97 |

| DATE OF SVC | PROVIDER | ICD | ICD DESCRIPTION | PROC CODE | PROCEDURE CODE DESCRIPTION | BILLED | ALLOWED | COPAY | TRICARE PAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 8/21/2024 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 99214 | OFFICE/OUTPATIENT VISIT, EST | $228.00 | $133.73 | $50.00 | $83.73 |
| | | | | G2211 | Complex e/m visit add on | | | | |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 9/23/2024 | HATTIESBURG CL AMBULATORY SURG | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,916.00 | $298.36 | $59.67 | $238.69 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 9/23/2024 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $896.00 | $99.83 | $34.00 | $65.83 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 10/10/2024 | HUDSON,CLEVELAND,A,MD | M4722 | OTH SPONLOS W RADOPTH,CE | 72141 | MRI NECK SPINE W/O DYE | $1,779.00 | $173.77 | $0.00 | $173.77 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 12/16/2024 | COX,AMANDA,A,PT | M5412 | RADICULOPATHY, CERVICAL | 97161 | Pt eval low complex 20 min | $215.00 | $92.85 | $50.00 | $42.85 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 1/23/2025 | JOHNS DISCOUNT DRUGS INC | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $1,325.57 | $174.03 | $48.00 | $126.03 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 2/24/2025 | SHAMSNIA,SAM | M4722 | OTH SPONLOS W RADOPTH,CE | 99215 | OFFICE/OUTPATIENT VISIT, EST | $313.50 | $166.90 | $51.00 | $115.90 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 6/3/2025 | NATHAN,DAVID,J,MD | M5412 | RADICULOPATHY, CERVICAL | 99204 | OFFICE/OUTPATIENT VISIT, NEW | $346.50 | $150.97 | $51.00 | $99.97 |
| | | | | | Grand Total: | $41,929.16 | $6,766.27 | $1,124.16 | $5,611.16 |

**Powered by**
**ClaimAngel**



Date: 11/18/2025

John Waits
Morgan & Morgan

RE: **Payoff Letter for** **Gracie Wilson**
Claim ID ▮▮▮
Date of Loss: 08/14/2023

**Please be advised that ALL PAYMENTS should be made out to CLAIM ANGEL INC.**

Pursuant to your request, the payoff amount for the above-referenced individual is as follows:

|  | **Date** | **Amount** |
|---|---|---|
| **Payoff due on or before** | 01/11/2026 | $5,993.54 |
| **Payoff due on or before** | 04/11/2026 | $6,277.08 |

In the event that payment is not received by **04/11/2026**, please be advised that the amount due may increase and it will be necessary to contact ClaimAngel for an updated payoff amount.

If you have any questions, please feel free to contact us at ▮▮▮▮▮▮▮ or email ▮▮▮▮▮▮▮▮▮▮▮

Sincerely,

Claim Angel Inc.

----- Payment instructions on the next page -----

Page 1 of 2





# Payment Instructions for Claim Angel Inc.

*Please use the information below to send Claim Angel Inc. a payment. For any questions, email* ▮▮▮▮▮▮▮▮▮▮

## 1. Wire & ACH Transfers (Preferred)

| Field | Details |
| --- | --- |
| Recipient | Claim Angel Inc. |
| Recipient Address | ▮▮▮▮▮ |
| Bank | JPMorgan Chase Bank, N.A. |
| Routing Number (WIRE) | ▮▮▮▮▮ |
| Routing Number (ACH) | ▮▮▮▮▮ |
| Account Number | ▮▮▮▮▮ |

## 2. Checks

| Field | Details |
| --- | --- |
| Payable To | Claim Angel Inc. |
| Mailing Address | ▮▮▮▮▮ |