# MORGAN & MORGAN

## Gracie Wilson

### Cost Activity
Incident Date: 9/21/2022 | John Waits |

| Date | Type | Expense Type | Amount | Payable To | Invoice # | Check # | Description |
|---|---|---|---|---|---|---|---|
| 11/18/2025 | Soft Cost | Print - Black and White | 0.75 | | NQ Data Import | | BW-PRINT |
| 11/18/2025 | Soft Cost | Print - Black and White | 0.25 | | NQ Data Import | | BW-PRINT |
| 11/17/2025 | Hard Cost | Court Reporting Services | 100.00 | Nicholas Calico | 11102502 | ▨ | Cost Check Request |
| 9/26/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 9/26/2025 | Soft Cost | Print - Color | 0.25 | | | | Print - Color |
| 9/18/2025 | Hard Cost | Postage & Shipping | 0.74 | Morgan & Morgan PA | | | e35fc0294920356c181146c6 |
| 9/18/2025 | Hard Cost | Postage & Shipping | 32.89 | Morgan & Morgan PA | | | 68c9cba170c67a78ae74e068 |
| 9/18/2025 | Hard Cost | Postage & Shipping | 24.05 | Morgan & Morgan PA | | | 68c9cc21b0351453520a76dd |
| 9/16/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 9/16/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 9/16/2025 | Soft Cost | Print - Color | 0.25 | | | | Print - Color |
| 9/16/2025 | Soft Cost | Print - Black and White | 0.75 | | | | Print - Black and White |
| 9/9/2025 | Hard Cost | Medical Records | 87.00 | National Record Retrieval LLC | 1316405 | 25 ▨ | Billing Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 08-31-2025 |
| 8/19/2025 | Soft Cost | Copy - Black and White | 1.25 | | | | Copy - Black and White |
| 8/18/2025 | Hard Cost | Medical Records | 40.00 | Hattiesburg Clinic PA | 120705 | ▨ | Records from Hattiesburg Clinic |
| 8/18/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 8/18/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 8/11/2025 | Hard Cost | Medical Records | 30.00 | National Record Retrieval LLC | 1238118 | ACH 08/26/2025 ▨ | X-Ray Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 07-31-2025 |
| 8/11/2025 | Hard Cost | Medical Records | 30.00 | National Record Retrieval LLC | 1316405 | ACH 08/26/2025 ▨ | X-Ray Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 07-31-2025 |
| 8/11/2025 | Hard Cost | Medical Records | 47.00 | National Record Retrieval LLC | 1270767 | ACH 08/26/2025 ▨ | Billing Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 07-31-2025 |

Date Printed: 11/20
Reference Number: ▨

| Date | Cost Type | Description | Amount | Vendor | Invoice # | Payment | Notes |
|---|---|---|---|---|---|---|---|
| 8/11/2025 | Hard Cost | Medical Records | 91.00 | National Record Retrieval LLC | 1316405 | ACH 08/26/2025 | Medical Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 07-31-2025 |
| 7/22/2025 | Hard Cost | Medical Records | 50.00 | National Record Retrieval LLC | 1270767 | ACH 07/31/2025 | Medical Record/Forrest Health Institute of Neuroscience-Midtown/Invoice Date: 06-30-2025 |
| 7/22/2025 | Hard Cost | Medical Records | 30.00 | National Record Retrieval LLC | 1270767 | 025 | X-Ray Record/Forrest Health Institute of Neuroscience-Midtown/Invoice Date: 06-30-2025 |
| 7/22/2025 | Hard Cost | Medical Records | 30.00 | National Record Retrieval LLC | 1270767 | 25 | Billing Record/Forrest Health Institute of Neuroscience-Midtown/Invoice Date: 06-30-2025 |
| 6/18/2025 | Hard Cost | Medical Records | 20.00 | | 0510799972 | ACH - CIOX Payment 6.23.2025 | |
| 6/6/2025 | Hard Cost | Medical Records | 77.00 | National Record Retrieval LLC | 1238118 | 25 | Medical Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 05-31-2025 |
| 6/6/2025 | Hard Cost | Medical Records | 62.00 | National Record Retrieval LLC | 1238118 | A H 3 2025 | Billing Record/Forrest Health Institute of Neuroscience-Midtown/Inv Date: 05-31-2025 |
| 5/12/2025 | Hard Cost | Medical Records | 40.00 | National Record Retrieval LLC | 1202505 | ACH 06/02/2025 | Billing Record/Hattiesburg Clinic - Hattiesburg/Inv Date: 04-30-2025 |
| 5/12/2025 | Hard Cost | Medical Records | 111.50 | National Record Retrieval LLC | 1202505 | ACH 06/02/2025 | Medical Record/Hattiesburg Clinic - Hattiesburg/Inv Date: 04-30-2025 |
| 5/8/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 1/27/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 1/24/2025 | Soft Cost | Copy - Black and White | 1.75 | | | | Copy - Black and White |
| 1/24/2025 | Soft Cost | Print - Color | 0.25 | | | | Print - Color |
| 1/24/2025 | Hard Cost | Postage & Shipping | 0.69 | Morgan & Morgan PA | | | MAIL-2896372 |
| 1/17/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 1/17/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 1/17/2025 | Hard Cost | Medical Records | 71.50 | Hattiesburg Clinic PA | 118446 | | Records from Hattiesburg Clinic. |
| 1/16/2025 | Soft Cost | Print - Black and White | 1.25 | | | | Print - Black and White |
| 1/15/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |
| 1/13/2025 | Soft Cost | Long Distance Telephone | 0.25 | Morgan & Morgan PA | | | PHONE |
| 1/10/2025 | Soft Cost | Print - Black and White | 0.50 | | | | Print - Black and White |
| 1/10/2025 | Soft Cost | Print - Black and White | 0.50 | | | | Print - Black and White |
| 1/10/2025 | Soft Cost | Copy - Color | 1.25 | | | | Copy - Color |
| 1/9/2025 | Soft Cost | Print - Black and White | 0.25 | | | | Print - Black and White |

Date Printed: 11/20/2025
Reference Number:

| Date | Type | Description | Amount | Payee | Ref # | | Notes |
|---|---|---|---|---|---|---|---|
| 12/23/2024 | Soft Cost | Print - Black and White | 0.50 | | | | Print - Black and White |
| 12/16/2024 | Soft Cost | Print - Black and White | 0.75 | | | | Print - Black and White |
| 12/16/2024 | Soft Cost | Print - Black and White | 0.75 | | | | Print - Black and White |
| 7/26/2024 | Hard Cost | Postage & Shipping | 0.69 | Morgan & Morgan PA | | | USPS |
| 7/25/2024 | Hard Cost | Process Service | 115.00 | Nicholas Calico | 07152402 | | Cost Check Request |
| 7/10/2024 | Hard Cost | Postage & Shipping | 0.64 | Morgan & Morgan PA | | | POSTAGE |
| 6/28/2024 | Hard Cost | Legal Research | 11.22 | une ex s ex s Activity | | | ACH - LexisNexis Payment 7.11.2024 |
| 6/28/2024 | Hard Cost | Legal Research | 11.22 | June 2024 LexisNexis Activity | | | ACH - LexisNexis Payment 7.11.2024 |
| 6/28/2024 | Hard Cost | Legal Research | 31.97 | June 2024 LexisNexis Activity | | | ACH - LexisNexis Payment 7.11.2024 |
| 6/28/2024 | Hard Cost | Legal Research | 13.04 | June 2024 LexisNexis Activity | | | ACH - LexisNexis Payment 7.11.2024 |
| 6/19/2024 | Hard Cost | Postage & Shipping | 2.35 | Morgan & Morgan PA | | | POSTAGE |
| 6/19/2024 | Hard Cost | Postage & Shipping | 2.35 | Morgan & Morgan PA | | | POSTAGE |
| 6/19/2024 | Hard Cost | Postage & Shipping | 0.64 | Morgan & Morgan PA | | | POSTAGE |
| 6/11/2024 | Hard Cost | Investigative Services | 125.00 | One Source Process, LLC | 11216722 | | Cost Check Request |
| 5/9/2024 | Hard Cost | Postage & Shipping | 0.64 | Morgan & Morgan PA | | | POSTAGE |
| 4/30/2024 | Hard Cost | Filing Fees | 160.00 | Forrest County Circuit Clerk | 14695578KJ | | Cost Check Request |
| 4/22/2024 | Hard Cost | Police Reports | 20.00 | Hattiesburg Police Department | 14695578 | | Police Report |
| 4/15/2024 | Hard Cost | Medical Records | 44.00 | Hattiesburg Clinic PA | 114471 | | Medical records from Hattiesburg Clinic. |
| 2/20/2024 | Soft Cost | Long Distance Telephone | 3.25 | Morgan & Morgan PA | | | PHONE |
| 2/20/2024 | Soft Cost | Print - Color | 4.00 | Morgan & Morgan PA | | | CL-PRINT |
| 1/14/2024 | Soft Cost | Long Distance Telephone | 1.25 | Morgan & Morgan PA | | | PHONE |
| 1/6/2024 | Hard Cost | Postage & Shipping | 8.77 | Morgan & Morgan PA | | | POSTAGE |
| 1/3/2024 | Soft Cost | Long Distance Telephone | 1.25 | Morgan & Morgan PA | | | PHONE |
| 1/3/2024 | Soft Cost | Long Distance Telephone | 2.25 | Morgan & Morgan PA | | | PHONE |
| 1/3/2024 | Soft Cost | Print - Black and White | 2.75 | Morgan & Morgan PA | | | BW-PRINT |

Date Printed: 11/20/2025
Reference Number:

| Date | Type | Description | Amount | Vendor | Ref | | Note |
|---|---|---|---|---|---|---|---|
| 1/3/2024 | Soft Cost | Long Distance Telephone | 0.75 | Morgan & Morgan PA | | | PHONE |
| 11/13/2023 | Hard Cost | Postage & Shipping | 0.63 | Morgan & Morgan PA | | | POSTAGE |
| 10/25/2023 | Hard Cost | Medical Records | 40.00 | Hattiesburg Clinic PA | 112070 | | Med Records |
| 8/28/2023 | Hard Cost | Legal Research | 35.00 | | AMEX - Find Policy Limit 08.2023 | ACH - AMEX Payment 9.6.2023 B | |
| 8/24/2023 | Soft Cost | Long Distance Telephone | 0.75 | Morgan & Morgan PA | | | PHONE |
| | | **Total:** | **1628.78** | | | | |

Date Printed: 11/20/2025
Reference Number: