**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Gracie L Wilson, Debtor                                    Case No. 24-51756-KMS
                                                                                          CHAPTER 13

**ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL**
**AND AUTHORIZING DISTRIBUTION OF PROCEEDS**

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK #_____), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize Distribution of Proceeds shall be granted and the Application for Compensation shall be approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in the amount of $100,000.00.

IT IS FURTHER ORDERED that the attorney's fees of $40,000.00 and litigation expenses of $1,628.78 to Morgan & Morgan as Special Counsel are approved.

IT IS FURTHER ORDERED that Special Counsel is authorized to obtain updated payoff amounts from TRICARE and ClaimAngel, to satisfy those liens directly from the settlement

proceeds, and to reduce the amount remitted to the Chapter 13 Trustee by the exact sum necessary to satisfy such liens.

IT IS FURTHER ORDERED that all remaining settlement proceeds shall be turned over to the Chapter 13 Trustee for distribution pursuant to the confirmed Chapter 13 plan, including payment of any remaining attorney's fees of Debtor's bankruptcy counsel and distribution to unsecured creditors

IT IS FURTHER ORDERED that Special Counsel is authorized to take all steps reasonably necessary to effectuate the settlement and distributions approved herein.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533