## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Gracie L Wilson, Debtor                          Case No. 24-51756-KMS
                                                          **CHAPTER 13**

### NOTICE

The undersigned counsel has filed papers with the court to Approve a Settlement, Compensation and Authorize Distribution of Proceeds.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Application, or if you want the court to consider your views on the Application, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Application and may enter an order granting that relief, which shall sustain this Application.

Date: December 17, 2025         Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             PO Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Gracie L Wilson, Debtor                           Case No. 24-51756-KMS
                                                                          CHAPTER 13

## MOTION TO APPROVE SETTLEMENT, COMPENSATE SPECIAL COUNSEL AND AUTHORIZE DISTRIBUTION OF PROCEEDS

COMES NOW, the Debtor, Gracie L. Wilson, by and through undersigned counsel, and files this Motion to Approve Settlement, Compensate Special Counsel, and Authorize Distribution of Proceeds, and in support thereof shows unto the Court the following:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

2. That the Court has authority to allow this compensation and to pay the same as authorized by 11 U.S.C. § 330.

### SETTLEMENT TERMS AND DISTRIBUTION OF PROCEEDS

3. On or about January 22, 2025, Debtor filed an Application to Employ Morgan & Morgan as Special Counsel to prosecute her personal-injury claim. (Dkt. 19). The Court approved the employment by Order entered February 19, 2025. (Dkt. 25) that Debtor and Special Counsel agreed to a contingency fee not to exceed 50% plus expenses.

4. The personal injury claim is now settled in the gross amount of $100,000.00. The settlement is fair and in the best interest of the Debtor and the bankruptcy estate.

   a. Attorney's Fees *(subject to Court approval of Special Counsel's Application for Compensation)* - $40,000.00

   b. Expenses $1,628.78 as itemized in the cost ledger attached as Exhibit A.

5. Debtor received medical treatment covered by TRICARE as a result of the accident giving rise to her personal-injury claim. TRICARE issued a lien notice dated July 7,

2025, asserting a claim in the amount of $5,611.16, supported by the attached multi-page TRICARE Payment Log. TRICARE has indicated that this figure may not represent the final lien amount due to pending processing delays. Because the final, accurate payoff cannot yet be determined, Debtor requests authority for Special Counsel to obtain an updated payoff directly from TRICARE at the time of distribution, to satisfy the TRICARE lien in the correct amount, and to reduce the turnover to the Chapter 13 Trustee by the precise amount required to satisfy the final TRICARE claim. This will ensure proper satisfaction of the federal lien while avoiding later corrective filings or refunds

6. Prior to the bankruptcy filing, Debtor borrowed funds from ClaimAngel against the anticipated settlement proceeds. ClaimAngel issued a payoff letter dated November 18, 2025, reflecting a payoff of $6,277.08 if paid on or before April 11, 2026, and $5,993.54 if paid earlier. Because the payoff varies depending on the disbursement date, Debtor requests that Special Counsel be authorized to obtain an updated payoff from ClaimAngel, satisfy that lien directly from the settlement proceeds, and reduce the remainder remitted to the Trustee in an amount consistent with the actual lien payoff

7. After paying attorney's fees, expenses, the TRICARE lien, and the ClaimAngel lien, the remaining settlement proceeds shall be turned over to the Chapter 13 Trustee for distribution under the confirmed Chapter 13 plan, including payment of any remaining attorney's fees owed to Debtor's bankruptcy counsel and distribution to unsecured creditors.

WHEREFORE, Debtor respectfully requests that this Court:

1. Approve the Settlement of 100,000,000;
2. Approve Special Counsel's attorney's fees and reimbursement of costs;

3. Authorize Special Counsel to obtain updated payoff amounts from TRICARE and ClaimAngel, to satisfy those liens directly from the settlement proceeds, and to reduce the amount tendered to the Trustee accordingly;

4. Authorize Special Counsel to remit the remaining proceeds to the Chapter 13 Trustee for distribution pursuant to the Chapter 13 plan; and

5. Grant such other relief as may be appropriate.

Respectfully submitted,

Morgan & Morgan

BY: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Approve a Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds with Debtor was forwarded on December 17, 2025 to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| July 7, 2025 at 10:29:06 AM EDT | 12102950947 | 186 | 5 | Received |

# Facsimile Cover Sheet

**To:** JESSICA SAYLES
**Company:** MORGAN & MORGAN, LLC
**Phone:** ▨▨▨▨▨▨▨▨▨▨

**From:** CATHY BRENNAN
**Company:** DHA OGC Claims Branch - Region 5
**Phone:** ▨▨▨▨▨▨▨▨▨▨ .

**Date:** July 7, 2025
**Pages including this cover page:** 5

**RE:**
Injured – GRACIE WILSON
Date of Loss – September 21, 2022

**DO NOT TRANSMIT CLASSIFIED INFORMATION OVER UNSECURED TELECOMMUNICATIONS SYSTEMS. OFFICIAL DOD TELECOMMUNICATIONS SYSTEMS ARE SUBJECT TO MONITORING AND USE OF DOD TELECOMMUNICATIONS SYSTEMS CONSTITUTES CONSENT TO MONITORING.**



# DEFENSE HEALTH AGENCY
### OFFICE OF GENERAL COUNSEL / CLAIMS BRANCH
### MEDICAL COST REIMBURSEMENT PROGRAM

July 7, 2025

**VIA FACSIMILE:** ▨

MEMORANDUM FOR MORGAN & MORGAN, LLC
      ATTN: JESSICA SAYLES, LITIGATION PARALEGAL/JOHN WAITS, ESQUIRE

FROM: DHA OGC Claims Branch – Region 5
▨

SUBJECT: Notice of Claim – **GRACIE WILSON**

1. The United States is entitled to recover and does hereby make claim for the reasonable value of medical care provided to your client, Gracie Wilson, due to an accident/incident resulting in your firm representing her against a third party. The following information is provided:

    DHA Claim Number ▨
    Your Client: GRACIE WILSON
    Date of Incident: September 21, 2022
    **Amount Claimed: $5,611.16 (TRICARE)**

2. Under the Federal Medical Care Recovery Act (FMCRA) (42 U.S.C. 2651-2653), the United States has the right to recover from any liable third party the reasonable value of medical care furnished or to be furnished. Although the United States is entitled to proceed separately and directly against a third-party tort-feasor, it can be mutually beneficial for the United States to assert its claim through the injured party's attorney. This procedure permits you to retain control of settlement negotiations and litigation, except that you may not settle the claim of the United States for less than the full amount without the express approval of this office. Also, the Defense Health Agency will cooperate with you in obtaining essential Government medical records and other reasonable available material, at no cost to you or your client. While we are happy to assist you, 5 U.S.C. 3106 <u>prohibits</u> the payment of counsel fees by the United States. The attached TRICARE Payment Log reflects the total amount paid by the U.S. Government on behalf of the injured party.

3. Payment in the amount of **$5,611.16** should be made by check, draft or postal money order payable to "**DHA OGC Claims**" and should be sent directly to our new address:

    **DHA OGC Claims Branch – Region 5**
    ▨

4. If you have any questions or concerns, please contact me at ▨ or via e-mail at ▨. Our fax number ▨.



          CATHY BRENNAN
          Paralegal, DAFC

Attachment:
TRICARE Payment Log



# TRICARE Payment Log
### for
### *Gracie L Wilson*



**Date of Injury:** September 21, 2022

*Tax ID* ▆▆▆▆

| DATE OF SVC | PROVIDER | ICD | ICD DESCRIPTION | PROC CODE | PROCEDURE CODE DESCRIPTION | BILLED | ALLOWED | COPAY | TRICARE PAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 9/23/2022 | MOORE,DOROTHY,D,NP | M47816 | SPOND WO MYEL/RADICULOP, | 99204 | OFFICE/OUTPATIENT VISIT, NEW | $245.00 | $132.24 | $32.00 | $100.24 |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 9/26/2022 | HUDSON,CLEVELAND | | M47812 | SPONDYL WO MYEL/RADICULO | 72040 | X-RAY EXAM OF NECK SPINE | $112.00 | $35.47 | $0.00 | $35.47 |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 10/4/2022 | HARLESS,STEPHEN,L,MD | M542 | CERVICALGIA | 99213 | OFFICE/OUTPATIENT VISIT, EST | $135.00 | $84.02 | $32.00 | $52.02 |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 10/14/2022 | HUDSON,CLEVELAND,A,MD | M5021 | OTH CERV DISC DISPLACE,H | 72141 | MRI NECK SPINE W/O DYE | $1,779.00 | $182.04 | $0.00 | $182.04 |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 10/31/2022 | JOHNS DISCOUNT DRUGS INC | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $225.10 | $20.16 | $14.00 | $6.16 |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 11/3/2022 | MOORE,DOROTHY,D,NP | M5030 | OTH CERV DISC DEGEN, UNS | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $101.20 | $32.00 | $69.20 |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 1/23/2023 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,118.00 | $112.88 | $0.00 | $112.88 |
| | | | | 99152 | NEWBORN RESUSCITATION | | | | |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 1/23/2023 | HATTIESBURG CL AMBULATORY SURG | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,916.00 | $389.00 | $71.61 | $286.44 |
| CLAIM NUMBER : 2023166MS993945 | | | | | | | | | |
| 6/12/2023 | RAYBURN,JONATHAN,H,MD | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $3,230.00 | $371.08 | $0.00 | $371.08 |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| CLAIM NUMBER : ▆▆▆▆ | | | | | | | | | |
| 6/12/2023 | HATTIESBURG CL AMBULATORY SURG | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $1,948.00 | $583.50 | $116.70 | $466.80 |
| | | | | 64490 | Inj paravert f jnt c/t 1 lev | | | | |

| DATE OF SVC | PROVIDER | ICD | ICD DESCRIPTION | PROC CODE | PROCEDURE CODE DESCRIPTION | BILLED | ALLOWED | COPAY | TRICARE PAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 7/24/2023 | RAYBURN,JONATHAN,H,MD | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $3,230.00 | $371.08 | $0.00 | $371.08 |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64492 | Inj paravert f jnt c/t 3 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| | | | | 64491 | Inj paravert f jnt c/t 2 lev | | | | |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 7/24/2023 | HATTIESBURG CL AMBULATORY SURG | M47812 | SPONDYL WO MYEL/RADICULO | 64490 | Inj paravert f jnt c/t 1 lev | $1,948.00 | $583.50 | $116.70 | $466.80 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 8/7/2023 | RAYBURN,JONATHAN,H,MD | M47812 | SPONDYL WO MYEL/RADICULO | 64633 | Destroy cerv/thor facet jnt | $6,724.00 | $530.37 | $0.00 | $530.37 |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 64634 | Destroy c/th facet jnt addl | | | | |
| | | | | 99152 | NEWBORN RESUSCITATION | | | | |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 8/7/2023 | HATTIESBURG CL AMBULATORY SURG | M47812 | SPONDYL WO MYEL/RADICULO | 64633 | Destroy cerv/thor facet jnt | $7,824.00 | $583.50 | $116.70 | $466.80 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 10/4/2023 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $118.13 | $49.00 | $69.13 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 10/13/2023 | HATTIESBURG CL AMBULATORY SURG | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,916.00 | $283.90 | $56.78 | $227.12 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 10/13/2023 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,118.00 | $111.45 | $34.00 | $77.45 |
| | | | | 99152 | NEWBORN RESUSCITATION | | | | |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 11/15/2023 | RUNNELS,BRIDGETTE,E,FNP | M5010 | CERV DISC,RADICULOP, UNS | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $100.41 | $34.00 | $66.41 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 1/21/2024 | EXPRESS SCRIPTS | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $616.84 | $616.84 | $13.00 | $603.84 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 1/21/2024 | EXPRESS SCRIPTS | R6889 | GABAPENTIN 300 MG CAPSULE | 98800 | PRESCRIPTION DRUGS | $14.68 | $14.68 | $13.00 | $1.68 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 3/27/2024 | RUNNELS,BRIDGETTE,E,FNP | M5136 | OTH INTERVER DISC DEGEN, | 99214 | OFFICE/OUTPATIENT VISIT, EST | $190.00 | $100.41 | $36.00 | $64.41 |
| CLAIM NUMBER : XXXXXXX | | | | | | | | | |
| 5/19/2024 | EXPRESS SCRIPTS | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $49.97 | $49.97 | $13.00 | $36.97 |

| DATE OF SVC | PROVIDER | ICD | ICD DESCRIPTION | PROC CODE | PROCEDURE CODE DESCRIPTION | BILLED | ALLOWED | COPAY | TRICARE PAID |
|---|---|---|---|---|---|---|---|---|---|
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 8/21/2024 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 99214 | OFFICE/OUTPATIENT VISIT, EST | $228.00 | $133.73 | $50.00 | $83.73 |
| | | | | G2211 | Complex e/m visit add on | | | | |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 9/23/2024 | HATTIESBURG CL AMBULATORY SURG | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $1,916.00 | $298.36 | $59.67 | $238.69 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 9/23/2024 | RAYBURN,JONATHAN,H,MD | M5412 | RADICULOPATHY, CERVICAL | 62321 | Njx interlaminar crv/thrc | $896.00 | $99.83 | $34.00 | $65.83 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 10/10/2024 | HUDSON,CLEVELAND,A,MD | M4722 | OTH SPONLOS W RADOPTH,CE | 72141 | MRI NECK SPINE W/O DYE | $1,779.00 | $173.77 | $0.00 | $173.77 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 12/16/2024 | COX,AMANDA,A,PT | M5412 | RADICULOPATHY, CERVICAL | 97161 | Pt eval low complex 20 min | $215.00 | $92.85 | $50.00 | $42.85 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 1/23/2025 | JOHNS DISCOUNT DRUGS INC | R6889 | METAXALONE 800 MG | 98800 | PRESCRIPTION DRUGS | $1,325.57 | $174.03 | $48.00 | $126.03 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 2/24/2025 | SHAMSNIA,SAM | M4722 | OTH SPONLOS W RADOPTH,CE | 99215 | OFFICE/OUTPATIENT VISIT, EST | $313.50 | $166.90 | $51.00 | $115.90 |
| CLAIM NUMBER : XXXXXXXX | | | | | | | | | |
| 6/3/2025 | NATHAN,DAVID,J,MD | M5412 | RADICULOPATHY, CERVICAL | 99204 | OFFICE/OUTPATIENT VISIT, NEW | $346.50 | $150.97 | $51.00 | $99.97 |
| | | | | | Grand Total: | $41,929.16 | $6,766.27 | $1,124.16 | **$5,611.16** |




Date: 11/18/2025

John Waits
Morgan & Morgan

RE:     **Payoff Letter for**      **Gracie Wilson**
        Claim ID                   ▨▨▨
        Date of Loss:              08/14/2023

**Please be advised that ALL PAYMENTS should be made out to CLAIM ANGEL INC.**

Pursuant to your request, the payoff amount for the above-referenced individual is as follows:

|                              | Date        | Amount     |
|------------------------------|-------------|------------|
| **Payoff due on or before**  | 01/11/2026  | $5,993.54  |
| **Payoff due on or before**  | 04/11/2026  | $6,277.08  |

In the event that payment is not received by **04/11/2026**, please be advised that the amount due may increase and it will be necessary to contact ClaimAngel for an updated payoff amount.

If you have any questions, please feel free to contact us at ▨▨▨▨▨▨▨ or email ▨▨▨▨▨▨▨▨▨▨

Sincerely,

Claim Angel Inc.

----- Payment instructions on the next page -----

Page 1 of 2

 

# Payment Instructions for Claim Angel Inc.

*Please use the information below to send Claim Angel Inc. a payment. For any questions, email* ███████████

## 1. Wire & ACH Transfers (Preferred)

| Field | Details |
| --- | --- |
| Recipient | Claim Angel Inc. |
| Recipient Address | ███████████ |
| Bank | JPMorgan Chase Bank, N.A. |
| Routing Number (WIRE) | ███████ |
| Routing Number (ACH) | ███████ |
| Account Number | ███████ |

## 2. Checks

| Field | Details |
| --- | --- |
| Payable To | Claim Angel Inc. |
| Mailing Address | ███████████ |

Page 2 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>GRACIE L WILSON | CASE NO: 24-51756<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 12/17/2025, I did cause a copy of the following documents, described below,

Motion to Approve Settlement, Compensate Special Counsel and Distribution of Proceeds

Exhibit A

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/17/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>GRACIE L WILSON | CASE NO: 24-51756<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 12/17/2025, a copy of the following documents, described below,

Motion to Approve Settlement, Compensate Special Counsel and Distribution of Proceeds

Exhibit A

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/17/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING          CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI    MORGAN  MORGAN
NCRS ADDRESS DOWNLOAD                     CO AIS PORTFOLIO SERVICES  LLC                   4450 OLD CANTON RD  SUITE 200
CASE  24-51756                            4515 N SANTA FE AVE DEPT APS                     JACKSON  MS 39211-5991
SOUTHERN DISTRICT OF MISSISSIPPI          OKLAHOMA CITY  OK 73118-7901
WED DEC 17 11-58-49 PST 2025



EXCLUDE

US BANKRUPTCY COURT                       ASPIRE CREDIT CARD                               CAPITAL ONE
DAN M RUSSELL  JR US COURTHOUSE           ATTN BANKRUPTCY                                  ATTN BANKRUPTCY
2012 15TH STREET  SUITE 244               PO BOX 105555                                    PO BOX 30285
GULFPORT  MS 39501-2036                   ATLANTA  GA 30348-5555                           SALT LAKE CITY  UT 84130-0285




CAPITAL ONE AUTO                          CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI    CASHNET USA
ATTN BANKRUPTCY                           4515 N SANTA FE AVE DEPT APS                     175 W JACKSON
7933 PRESTON RD                           OKLAHOMA CITY  OK 73118-7901                     STE 1000
PLANO  TX 75024-2359                                                                       CHICAGO  IL 60604-2863




CASHNETUSA                                (P)CONTINENTAL FINANCE COMPANY                   COUNTRY DOOR
175 W JACKSON BLVD                        PO BOX 3220                                      CO CREDITORS BANKRUPTCY SERVICE
SUITE 600                                 BUFFALO NY 14240-3220                            PO BOX 800849
CHICAGO  IL 60604-2948                                                                     DALLAS  TX 75380-0849




COVINGTON CREDIT                          CREDIT ONE BANK                                  FIRST HERITAGE
ATTN BANKRUPTCY                           6801 CIMARRON RD                                 101 N MAIN ST STE 600
PO BOX 1947                               LAS VEGAS  NV 89113-2273                         GREENVILLE  SOUTH CAROLINA 29601-4846
GREENVILLE  SC 29602-1947




GENESIS FS CARD                           (P)JEFFERSON CAPITAL SYSTEMS LLC                 LVNV FUNDING  LLC
ATTN BANKRUPTCY                           PO BOX 7999                                      RESURGENT CAPITAL SERVICES
PO BOX 4477                               SAINT CLOUD MN 56302-7999                        PO BOX 10587
BEAVERTON  OR 97076-4401                                                                   GREENVILLE  SC 29603-0587




MIDNIGHT VELVET                           MONTGOMERY WARD                                  (P)PORTFOLIO RECOVERY ASSOCIATES LLC
ATTN BANKRUPTCY                           CO CREDITORS BANKRUPTCY SERVICE                  PO BOX 41067
1112 7TH AVENUE                           PO BOX 800849                                    NORFOLK VA 23541-1067
MONROE  WI 53566-1364                     DALLAS  TX 75380-0849



                                                                                           EXCLUDE

QUANTUM3 GROUP LLC AS AGENT FOR           THE SWISS COLON                                  UNITED STATES TRUSTEE
CONCORA CREDIT INC                        ATTNBANKRUPTCY                                   501 EAST COURT STREET
PO BOX 788                                1112 SEVENTH AVE                                 SUITE 6-430
KIRKLAND  WA  98083-0788                  MONROE  WI 53566-1364                            JACKSON  MS 39201-5022




EXCLUDE                                   DEBTOR

(P)DAVID RAWLINGS                         GRACIE L WILSON                                  JOHN ALFRED WAITS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE    7 GRC LN                                         MORGAN  MORGAN  PLLC
PO BOX 566                                HATTIESBURG  MS 39401-9190                       4450 OLD CANTON ROAD  SUITE 200
HATTIESBURG MS 39403-0566                                                                  JACKSON  MS 39211-5991
```

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~PO BOX 13767~~
~~JACKSON, MS 39236-3767~~