United States Bankruptcy Court

Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-51756-KMS |
| Gracie L Wilson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Jan 14, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Gracie L Wilson, 7 Grc Ln, Hattiesburg, MS 39401-9190 |
| sp | + Morgan & Morgan, 4450 Old Canton Rd., Suite 200, Jackson, MS 39211-5991 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 16, 2026 | Signature: | /s/Gustava Winters |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| John Alfred Waits | on behalf of Debtor Gracie L Wilson jwaits@forthepeople.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Gracie L Wilson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 14, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Gracie L Wilson, Debtor                    Case No. 24-51756-KMS
                                                              CHAPTER 13

## ORDER APPROVING SETTLEMENT, COMPENSATION OF SPECIAL COUNSEL
## AND AUTHORIZING DISTRIBUTION OF PROCEEDS

THIS CAUSE having come on this date on the Special Counsel's Motion to Approve a

Settlement, Compensate Special Counsel and Authorize Distribution of Proceeds (DK # 30   ),

the Court having reviewed and considered the facts herein, and there being no objection or

request for hearing from the Debtor, Trustee or Creditors, does find as follows:

IT IS THEREFORE ORDERED that the Motion to Approve Settlement and Authorize

Distribution of Proceeds shall be granted and the Application for Compensation shall be

approved.

IT IS FURTHER ORDERED that the Court hereby approves the proposed settlement in

the amount of $100,000.00.

IT IS FURTHER ORDERED that the attorney's fees of $40,000.00 and litigation

expenses of $1,628.78 to Morgan & Morgan as Special Counsel are approved.

IT IS FURTHER ORDERED that Special Counsel is authorized to obtain updated payoff

amounts from TRICARE and ClaimAngel, to satisfy those liens directly from the settlement

proceeds, and to reduce the amount remitted to the Chapter 13 Trustee by the exact sum

necessary to satisfy such liens.

IT IS FURTHER ORDERED that all remaining settlement proceeds shall be turned over

to the Chapter 13 Trustee for distribution pursuant to the confirmed Chapter 13 plan, including

payment of any remaining attorney's fees of Debtor's bankruptcy counsel and distribution to

unsecured creditors

IT IS FURTHER ORDERED that Special Counsel is authorized to take all steps

reasonably necessary to effectuate the settlement and distributions approved herein.

##END OF ORDER##

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533